**Order entered September 17, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00724-CV

### CITY OF DALLAS, Appellant

### V.

### RIVER RANCH EDUCATIONAL CHARITIES, ET AL., Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-04828**

## ORDER

Before the Court is appellant's September 16, 2021 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **October 18, 2021**.

/s/    KEN MOLBERG
         JUSTICE